[No. 13732-8-I.  Division One.  November 12, 1985.]

ARCHER BLOWER & PIPE COMPANY, INC., *Respondent*, v.
JAMES ROBESON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-05368-6, William C. Goodloe, J., entered
September 2, 1983. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Swanson
and Grosse, JJ.

[No. 14766-8-I.  Division One.  November 12, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK
KYLE SMITH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00499-8, Stuart C. French, J.,
entered May 18, 1984. *Affirmed* by unpublished per curiam
opinion.

[No. 13558-9-I.  Division One.  November 12, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE
RENE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-00872-3, Richard M. Ishikawa, J.,
entered July 28, 1983. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Scholfield, A.C.J., and Williams,
J.